# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED HOWARD BACON,<br><br>Plaintiff,<br><br>vs.<br><br>PAPE' TRUCK LEASING, INC., a California Corporation; ESTENSON LOGISTICS, LLC, a California Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CASE NO. 2:16-cv-02664-MCE-AC**<br>Honorable Morrison C. England, Jr.<br><br>**ORDER RE STIPULATION OF DISMISSAL OF COMPLAINT-IN-INTERVENTION** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel, that the Complaint-in-Intervention filed on behalf of Intervenor, Sussex Insurance Company, in the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Defendants-in-Intervention, Pape Truck Leasing, Inc. and Estenson Logistics, LLC agree to waive costs in exchange for the dismissal with prejudice.

///

///

///

-1-

**ORDER RE STIPULATION OF DISMISSAL OF COMPLAINT-IN-INTERVENTION**

| | |
|---|---|
| | **MATTHIESEN, WICKERT & LEHRER, S.C.** |
| | */s/ Hector Emilio Salitrero* |
| Dated: November 20, 2019 | By: _____ |
| | Hector Emilio Salitrero, Esq. |
| | 500 N. State College Boulevard, Suite 1100 |
| | Orange, CA 92868 |
| | Email: hsalitrero@mwl-law.com |
| | Telephone: (262) 673-7850, ext. 180 |
| | Facsimile: (262) 673-3766 |
| | Attorneys for Plaintiff-In-Intervention, |
| | Sussex Insurance Company |
| | |
| | **HARDY ERICH BROWN & WILSON** |
| | */s/ Stephen W. Robertson* |
| Dated: November 20, 2019 | By: _____ |
| | Stephen W. Robertson, Esq. |
| | 455 Capitol Mall, Suite 200 |
| | Sacramento, CA 95814 |
| | Email: srobertson@hebw.com |
| | T: (916) 449-3858 |
| | T: (916) 449-3883 |
| | F: (916) 449-3888 |
| | Attorneys for Defendant/Defendant-In-Intervention, Papé Truck Leasing, Inc. |
| | |
| | **TRACHTMAN & TRACHTMAN, LLP** |
| | */s/ Kevin L. Henderson* |
| Dated: November 20, 2019 | By: _____ |
| | Kevin L. Henderson |
| | 19732 MacArthur Blvd., Suite 100 |
| | Irvine, CA 92612 |
| | Email: khenderson@trachtmanlaw.com |
| | Telephone: (949) 282-0100 |
| | Facsimile: (949) 282-0111 |
| | Attorneys for Defendant/Defendant-In-Intervention, Estenson Logistics, LLC |

**ORDER**

It is hereby ordered that the Stipulation of Dismissal as to Sussex Insurance Company's Complaint-In-Intervention, entered into between the parties on November 20, 2019, be entered as a matter of record and that the Complaint-In-Intervention be hereby DISMISSED.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE